# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>ACORN REAL PROPERTY ACQUISITION, INC | CASE NO: 22-42718<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 130, 140 |

On 8/29/2023, I did cause a copy of the following documents, described below,

Order Approving Bid Procedures and Bid Procedures ECF Docket Reference No. 130, 140

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/29/2023

/s/ Adrienne Woods
Adrienne Woods  4356770
Attorney for Debtor
Weinberg Zareh Malkin Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY  10111
631 848 0283
awoods@wzmplaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>ACORN REAL PROPERTY ACQUISITION, INC | CASE NO: 22-42718<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 130, 140 |

On 8/29/2023, a copy of the following documents, described below,

Order Approving Bid Procedures and Bid Procedures ECF Docket Reference No. 130, 140

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/29/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Adrienne Woods
Weinberg Zareh Malkin Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY  10111

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

| FIRST CLASS | CASE INFO | |
|---|---|---|
| HILCO REAL ESTATE LLC<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062-1568 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-42718<br>EASTERN DISTRICT OF NEW YORK<br>MON AUG 28 14-30-40 PST 2023 | 2 BIG LEGACY LLC<br>4483 LIONSHEAD CIRCLE<br>LITHONIA GA 30038-2287 |
| DEBTOR<br><br>ACORN REAL PROPERTY ACQUISITION INC<br>118 DIXON AVENUE<br>STATEN ISLAND NY 10303-2804 | HILCO REAL ESTATE LLC<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062-1568 | ~~EXCLUDE~~<br><br>~~(U)LEGACY LENDING LLC~~ |
| OFFICE OF THE UNITED STATES TRUSTEE<br>EASTERN DISTRICT OF NY BROOKLYN<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN ROOM 510<br>NEW YORK NY 10004-1415 | ~~EXCLUDE~~<br><br>~~(U)POWELL CONSTRUCTION LLC~~ | ~~EXCLUDE~~<br><br>~~1~~<br>~~271C CADMAN PLAZA EAST SUITE 1595~~<br>~~BROOKLYN NY 11201-1800~~ |
| AHP SERVICING LLC<br>440 S LASALLE STREET<br>SUITE 1110<br>CHICAGO IL 60605-1028 | AHP SERVICING LLC<br>CO BELL CARRINGTON<br>339 HEYWARD STREET<br>2ND FLOOR<br>COLUMBIA SC 29201-4390 | FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST STE 1106<br>ATLANTA GA 30303-3446 |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | LEGACY LENDING LLC<br>CO BELL CARRINGTON<br>339 HEYWARD STREET<br>2ND FLOOR<br>COLUMBIA SC 29201-4390 | LEGACY LENDING LLC<br>461 NE GREENWOOD AVE SUITE C<br>BEND OR 97701-4607 |
| LEGACY LENDING LLC<br>DUANE MORRIS LLP ATTN LAWRENCE J KOTLE<br>30 S 17TH STREET<br>PHILADELPHIA PA 19103-4001 | LEGACY LENDING LLC<br>CO FRIEDMAN VARTOLO LLP<br>1325 FRANKLIN AVENUE SUITE 160<br>GARDEN CITY NY 11530-1631 | POWELL CONSTRUCTION LLC<br>CO GERALD POWELL<br>162 ENTERPRISE DR<br>TEMPLE GA 30179-3703 |
| RICHARD S FEINSILVER ESQ<br>ONE OLD COUNTRY ROAD SUITE 347<br>CARLE PLACE NY 11514-1851 | ADRIENNE WOODS<br>WEINBERG ZAREH MALKIN PRICE LLP<br>45 ROCKEFELLER PLAZA 20TH FLOOR<br>NEW YORK NY 10111-3193 | RICHARD S FEINSILVER<br>ONE OLD COUNTRY ROAD<br>CARLE PLACE NY 11514-1845 |
| RICHARD S FEINSILVER<br>RICHARD S FEINSILVER ESQ<br>ONE OLD COUNTRY ROAD<br>SUITE 347<br>CARLE PLACE NY 11514-1851 | | |