

RICHARD J. STORRS
Attorney at Law
THE STORRS LAW FIRM
2870 PEACHTREE ROAD
SUITE 212
ATLANTA, GEORGIA 30305

(404) 500-6302                                                    rstorrs@storrslaw.com

October 16, 2023

BY UPLOAD TO COURT DOCKET
Honorable Jil Mazer-Marino
Bankruptcy Court EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

      Re:    Acorn Real Property Acquisition Inc.; 22-42718
             Legacy Lending Inc. and Powell Construction Inc.

Dear Judge Mazer-Marino:

As you know, there is pending before the Court issues relating to Powell Construction's claim in this matter, and Legacy Lending's objections to the claim.

I have discussed this matter with Mr. Kotler, the attorney for Legacy, and our clients agree that it would be productive to mediate our disputes. We would like to schedule a mediation prior to the next hearing before the Court, scheduled for November 15. Of course, a resolution of the matter in mediation would also resolve Powell's motion for reconsideration.

Because of my client's dire financial condition, we would appreciate very much the Court's referral of this matter to a bankruptcy judge for mediation. However, if that is not possible, then both sides would like to refer this matter to a mediator who is willing to assist the parties.

Please let us know if you need further information or for us to take any other action to move this matter to mediation.

I have provided a copy of this letter to Mr. Kotler in advance of uploading it to the docket.

Thank you for your assistance.

Kind regards.

Very truly yours,

Richard J. Storrs

cc:  Lawrence Kotler, Esq.